UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH WANAMAKER, on behalf of
himself and all others similarly situated,

                Plaintiff,

v.                                              Civ. Action No. 1:12-CV-00154-RJA

NATIONAL DATA RESEARCH, INC.
d/b/a INTEGRASCAN,

                Defendant.
_____

# **NOTICE OF MOTION**

| | |
|---|---|
| Nature of Action: | Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. |
| Moving Party: | Defendant. |
| Directed To: | Plaintiff. |
| Date and Time: | To be determined. |
| Place: | United States Courthouse,<br>2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Affidavit of Jason G. Ulatowski, Esq., with exhibits, sworn to September 4, 2013; and accompanying memorandum of law dated September 4, 2013. |
| Answering Papers: | Answering papers must be served in accordance with the Court's briefing schedule. The moving party intends to serve reply papers. |
| Relief Requested: | An order dismissing plaintiff's complaint, together with such other and further relief that this Court deems just and proper. |
| Grounds for Relief: | Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 12(b)(5). |

- 2 -

Oral Argument:          Requested.


Dated: September 4, 2013
       Buffalo, New York

                                        **RUPP, BAASE, PFALZGRAF,**
                                        **CUNNINGHAM & COPPOLA LLC**
                                        Attorneys for Defendant


                                        By:_____
                                              Jason G. Ulatowski
                                        424 Main Street
                                        1600 Liberty Building
                                        Buffalo, New York 14202
                                        (716) 854-3400
                                        ulatowski@ruppbaase.com


TO:    **STUMPHAUZER O'TOOLE**
       (Anthony R. Pecora, Esq., of Counsel)
       Attorneys for Plaintiff
       5455 Detroit Road
       Sheffield Village, Ohio  44054
       (440) 930-4001
       apecora@sheffieldlaw.com