AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:12-CV-154A

Joseph Wanamaker, on behalf of himself
and all others similarly situated

      v.

National Data Research, Inc. Doing business as Integrascan

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss for untimely service is granted and the complaint is dismissed without prejudice.

Date: February 14, 2014                          MICHAEL J. ROEMER,  CLERK

                                            By:   s/Deborah M. Zeeb
                                                       Deputy Clerk